UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAWANDA BURKETT,

    Plaintiff,

v.                                                                 Case No. 4:20cv37-WS-HTC

NEELY, et al.,

    Defendants.
_____/

REPORT AND RECOMMENDATION

Plaintiff, a federal prisoner proceeding *pro se*, initiated this action on January 16, 2020 by filing a civil complaint seeking to allege claims under 28 U.S.C. §§ 1331 and 1346. ECF Doc. 1. The complaint was not accompanied by a motion for leave to proceed *in forma pauperis* or a filing fee pursuant to Rule 5.3 of the Local Rules of the Northern District of Florida. Thus, on January 27, 2020, the Court issued an order directing Plaintiff to either file an application to proceed *in forma pauperis* or pay the $400.00 filing fee. ECF Doc. 3.

On or around February 6, 2020, Plaintiff filed an application to proceed *in forma pauperis*. ECF Docs. 4, 6. Plaintiff's application was deficient because it contained an unsigned prisoner consent form and an incomplete record of transactions in Plaintiff's inmate trust account for the relevant 6-month period

immediately preceding the filing of the complaint.[1]  Consequently, on February 24, 2020, the Court issued an order denying the motion to proceed *in forma pauperis* without prejudice and giving Plaintiff an additional twenty-one (21) days to either file a complete application or pay the filing fee.  ECF Doc. 5.  Plaintiff was warned that her failure to comply with the Court's February 24 Order as instructed may result in a recommendation that her case be dismissed.

More than twenty-one (21) days passed, and Plaintiff neither filed a new application to proceed *in forma pauperis* nor paid the filing fee as instructed.  Thus, on March 24, 2020, the Court issued a show cause order, which gave Plaintiff an additional fourteen (14) days to comply with the Court's February 24 Order and reiterated that failure to do so may result in a recommendation that her case be dismissed.  ECF Doc. 7.

More than fourteen (14) days have passed, and Plaintiff has neither complied with the February 24 Order nor responded to the March 24 Show Cause Order.  Thus, more than three (3) months have passed since Plaintiff initiated this action without the filing of a proper motion to proceed *in forma pauperis* or the payment of the requisite filing fee.

---

[1] Plaintiff's record of transactions dated back to 2016 but was filtered to show only payroll deposits, rather than all deposits and withdrawals.

Accordingly, it is respectfully RECOMMENDED that:

1. This case be DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and comply with orders of the Court.

2. The clerk be directed to close the file.

At Pensacola, Florida, this 22nd day of April, 2020.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.