IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAWANDA BURKETT,

    Plaintiff,

v.                                                                                              4:20cv37–WS/HTC

NEELY, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed April 22, 2020. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with a court order. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 8) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to comply with a court order and to prosecute the case.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this   27th   day of   May  , 2020.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE